ORIGINAL

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
            Deputy Clerk

JUDGE LEIGHTON

_____ FILED _____ LODGED
               _____ RECEIVED

JUN 1 8 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

04 MBD 10186

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PACIFIC NORTHWEST PARTNERS SBIC, L.P.,

    Defendant.

Civ. Action No. CV04-1402RBL

CONSENT ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

    1.    Pursuant to the provisions of 15 U.S.C. § 687c, this Court shall take exclusive jurisdiction of Pacific Northwest Partners SBIC, L.P. ("PNP") and all of its assets and property, of whatever kind and wherever located, and the United States Small Business Administration ("SBA") is hereby appointed Receiver of PNP ("Receiver") to serve without bond until further order of this Court. The Receiver is appointed for the purpose of marshaling and liquidating all of PNP's assets with the goal of maximizing recovery and satisfying the claims of creditors therefrom in the order of priority as determined by this Court.

trustees, general partners, employees, managers, and agents of PNP are hereby dismissed. Such persons shall have no authority with respect to PNP's operations or assets, except to the extent as may hereafter be expressly granted by the Receiver. The Receiver shall assume and control the operation of PNP and shall pursue and preserve all of its claims.

3. The past and/or present partners, managers, agents, trustees, attorneys, accountants, and employees of PNP, as well as all those acting in their place, are hereby ordered and directed to turn over to the Receiver forthwith all books, records, documents, accounts and all other instruments and papers of and relating to PNP and its assets and all other assets and property of the corporation, whether real or personal. The general partners of PNP's general partner, including but not limited to Theodore M. Wight, shall furnish a written statement within five (5) days after the entry of this Order, listing the identity, location and estimated value of all assets of PNP as well as the names, addresses and amounts of claims of all known creditors of PNP. Within thirty (30) days following the entry of this Order, the general partners of PNP's general partner, including but not limited to Theodore M. Wight, shall also furnish a written report describing all assets of PNP. All persons having control, custody or possession of any assets or property of PNP are hereby directed to turn such assets and property over to the Receiver.

4. The Receiver shall promptly give notice of its appointment to all known partners, agents, employees, creditors and debtors of PNP, as the Receiver deems necessary or advisable to effectuate the operation of the receivership. All persons and entities owing any obligations or debts to PNP shall, until further ordered by this Court, pay all such obligations in accordance with the terms thereof to the Receiver and its receipt for such payments shall have the same force and effect as if PNP had received such payments.

such terms as the Receiver shall deem reasonable in light of the usual fees and billing practices and procedures of such personnel. The Receiver is not required to obtain Court approval prior to the disbursement of receivership funds for payments to personnel employed by the Receiver or for expenses that the Receiver deems advantageous to the orderly administration and operation of the receivership. In addition, the Receiver is authorized to reimburse the SBA for travel expenses incurred by SBA personnel in the establishment and administration of the receivership. The Receiver may, without further order of this Court, transfer, compromise, or otherwise dispose of any claim or asset, other than real estate.

6. PNP's past and/or present partners, agents, managers, employees, debtors and creditors, and other appropriate persons (including without limitation, the Defendant's portfolio of small business concerns and financial institutions doing business with Defendant and/or Defendant's portfolio of small business concerns) shall be subject to the Receiver's subpoena power pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court. In the event that the Receiver deems it necessary to require the appearance of the aforementioned persons, it shall direct notice for any such appearance by certified mail including documents requested, if any, and said persons shall appear with the documents requested, if any, and give answer to the Receiver pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

7. The parties to any and all civil legal proceedings of any nature, including, but not limited to, bankruptcy proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other actions of any nature involving PNP or any assets of PNP, including subsidiaries and partnerships, wherever located, and excluding the instant proceeding, involving PNP, the Receiver, or any of PNP's past or present partners, managers or agents sued for, or in

proceedings, or other action of any nature involving PNP or any assets of PNP, including subsidiaries and partnerships, wherever located, and excluding the instant proceeding, involving PNP, the Receiver, or any of PNP's past or present partners, managers or agents sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or otherwise, are stayed in their entirety, and all Courts having any jurisdiction thereof are enjoined from taking or permitting any action until further Order of this Court. Further, as to a cause of action accrued or accruing in favor of PNP against a third party, any applicable statute of limitation is tolled during the period in which this injunction against the commencement of legal proceedings is in effect as to that cause of action.

8.  PNP and its past and/or present partners, managers, agents, employees and other persons acting in concert or participating therewith be, and they hereby are, enjoined from either directly or indirectly taking any actions or causing any such action to be taken which would dissipate the assets and/or property of PNP to the detriment of the Receiver appointed in this cause, including but not limited to destruction of partnership records, or which would violate the Small Business Investment Act of 1958, as amended, 15 U.S.C. § 661 et. seq., or the regulations promulgated thereunder, ("Regulations"), 13 C.F.R. § 107.1 et. seq. (1958).

9.  The Receiver is authorized to borrow on behalf of PNP, from the SBA, up to $500,000 and is authorized to cause PNP to issue Receiver's Certificates of Indebtedness in the principal amounts of the sums borrowed, which certificates will bear interest at or about 10 percent per annum and will have a maturity date no later than 18 months after the date of issue. Said Receiver's Certificates of Indebtedness shall have priority over all other debts and obligations of PNP, excluding administrative expenses of the Receivership, whether currently

foregoing activities are completed, the Receiver may submit a report to this Court recommending that PNP's license be revoked.

APPROVED FOR ENTRY:

PACIFIC NORTHWEST PARTNERS SBIC, L.P.

By: *Please see attached*

PNP/Wight Partnership
General Partner
Theodore M. Wight
General Partner
2201 Third Avenue, Ste. 2601
Seattle, WA 98121
(206) 956-0111

JOHN MCKAY
UNITED STATES ATTORNEY

By: *[signature]*

Robert P. Brouillard, WSBA #19786
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101
Phone: (206) 553-7970
Fax: (206) 553-0114
E-mail: robert.brouillard@usdoj.gov

OF COUNSEL:

JOHN G. SILBERMANN
General Attorney
U.S. Small Business Administration
409 Third Street, SW, 7th Floor
Washington, D.C. 20416

IT IS SO ORDERED this 18th day of June, 2004.

foregoing activities are completed, the Receiver may submit a report to this Court recommending that PNP's license be revoked.

APPROVED FOR ENTRY:

PACIFIC NORTHWEST PARTNERS SBIC, L.P.

By: _____
PNP/Wight Partnership
General Partner
Theodore M. Wight
General Partner
2201 Third Avenue, Ste. 2601
Seattle, WA 98121
(206) 956-0111

JOHN MCKAY
UNITED STATES ATTORNEY

By: _____
Robert P. Brouillard, WSBA #19786
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101
Phone: (206) 553-7970
Fax: (206) 553-0114
E-mail: robert.brouillard@usdoj.gov

OF COUNSEL:

JOHN G. SILBERMANN
General Attorney
U.S. Small Business Administration
409 Third Street, SW, 7th Floor
Washington, D.C. 20416

IT IS SO ORDERED this _____ day of _____, 2004.